# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147692 & (32)

In re VELEZ-RUIZ
_____

WANDA VELEZ-RUIZ, M.D.,
      Plaintiff-Appellant,

v

OAKLAND COUNTY CIRCUIT COURT JUDGE,
      Defendant-Appellee.

SC:  147692
COA:  316578
Source of Case:  Oakland CC

_____/

On order of the Court, the application for leave to appeal the July 30, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for reconsideration of the October 29, 2013 order denying the plaintiff's motion for leave to file a reply brief and for other relief is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

s1118